FILED
OCT 2 1 2026
U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

Harrison, Marshall prose,
Plaintiff,

3:26cv133 Groh/Trumble

v.

Case Number: 4:22-md-3047

Meta Platforms, INC. et al.,

Cival Complaint under
28 U.S.C.§ 1332, Seeking to be added to the M.D.L. No: 3047

Comes now, The Plaintiff, Harrison Marshall prose, in the above Styled Cause and Seeks to be added to the Multi District Litigation (Case Number: 4:22-md-3047-YGR), and I File this Case under 28 U.S.C.§ 1332 as diversity of Citizenship exists in this Matter and the amount in Contention exceeds $75,000.00 in this Matter and I do hereby State the Following under the Penalties of Perjury:

I. Statement of Complaint:

1.) On or around 2004, I Marshall Harrison of the adolescent age of 17 being born 09-27-1986, Started a MySpace Social Media account and quickly Became addicted to Social media usage; about November of 2006, I Marshall Harrison Started a Facebook (Meta Platforms) profile account and was a regular user of Google where I inquired of FaceBook. 2011 I. Mr Harrison opened my 1st instagram accounts.

2.) Due to my social media addiction I, Mr. Harrison have developed many health issues,

Which include but not Limited to, Severe depression, Anxiety, Post tramaticstress disorder and mood dis orders. In 2013 MrHarrison was a victum of Cyberbulling due to his sexuality, Which Led to the use of illegal Substances and alcohal, In late 2013 mr Harrison attempted Suicide due to these combined factors. Shortly afted that Mr Harrison was placed on Multiple Medications. IE. Zoloft, & Depakote.

3) Over the years MrHarrison Became more addicted to Social media platforms as he was recomended to these Plat forms by Google. Then in 2018 he began to use SnapChat and Instagram. When TikTok came out in the US. For Americans Mr Harrison also started an account with that Social media Platform aswell. He has also been an account user of Youtube Since 2011 to the best of his recolection.

4) Since mr. Harrison began using these platforms of Social media he has become more and more depressed due to the way the creating Companys regulate their Platforms to Cause Anxiety in teenagers and adults alike. These products have been proven to be defective and caused him to experience, Anxiety, depression, mood disorder and to become a victum of cyberbulling. The Creators of these Platforms, have Pourposely made their platforms addictive causing anxiety with record and bullying concepts built into their Product which were and are harmful to users. Once the

companys listed here in realized that their products were causing harm to users, they hindered people from being able to completly delete their accounts to force them to continue to use their platforms, as they did to Mr. Harrison.

5) Over the years I Mr Harrison have become Self Injurous and started cutting & burning myself this too has become addictive as well. I now realize the social media companys listed above are highly responsible for my mental health problems, I have self mutilated and attempted suicide on different occasions because of my mental Health due to my social media addiction. I have spent time in hospitals, detox units and clinics. My socialmedia addiction has effected every area of my life negitivly. It has also led to Mr Harrison being incarcerated, using Illicit drugs and has destroyed relationships with Family and Friends alike.

6) Today I am Still addicted to Social media. I have not used my own accounts to these platforms for months now but I do use friends accounts dayly. I have damages still occuring in the form of mental health problems. I have ~~taken~~ the Following medications as well as others: Prozac, Abilify, Welbutrin, Seroque. Today I recieve therapy and only take natural medications.

7) I Mr Harrison want to incorperate the individual master complaint by reference and

make all the claims and allegations against all the entities and the individual defendants therein.

## II. Defendants Responsible:

1) Meta Platforms, Inc. 2) Snap, Inc.
3) TikTok, Inc. 4) YouTube LLC. 5) Google, LLC
6) Siculus Inc. 7.) Mark Zuckerburg

## III. Relief Requested:

I am seeking damages against each defendant in the Master Individual Complaint in the amount of $3,500,000.00 all cost associated with this suit and any other relief this court deem propper, just and equitable.

## IV. Declaration and Date:

I marshall Harrison, does hereby declare that this foregoing complaint is true and correct to the very best of my knowledge and belief.

Date: 10/12/26 Signed: [signature]